UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS ROY GREEN, SR.,

      Petitioner,

Case No. 1:08-CV-358

v.

HON. GORDON J. QUIST

BLAINE C. LAFLER,

      Respondent.
_____/

# JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Petitioner on December 1, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 1, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DISMISSED WITH PREJUDICE**.

This case is **concluded**.


Dated: January 8, 2010                                  /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE